**No. 11-686. Juan Delgado, Petitioner v. United States.**

565 U.S. 1115, 132 S. Ct. 1066, 181 L. Ed. 2d 741, 2012 U.S. LEXIS 384.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 653 F.3d 729.